**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARELY ALEJANDRA FERNANDEZ LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>MINGA WOFFORD, Mesa Verde ICE Processing Center Facility Administrator; et al.,<br><br>Respondents. | No. 1:25-cv-01226 KES SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE<br><br>Doc. 18 |

Petitioner Arely Alejandra Fernandez Lopez brought a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting her detention violated the due process clause of the Fifth Amendment. *See generally* Doc. 2.

On September 19, 2025, Petitioner filed a motion for temporary restraining order. Doc. 6. The Court converted the motion into one for a preliminary injunction, granted the preliminary injunction, and ordered Respondents to release Petitioner immediately. Doc. 17. The Court referred the matter to the magistrate judge for further proceedings. *Id.* The parties did not submit additional briefs prior to adjudication of the petition.

On February 12, 2026, the magistrate judge issued findings and recommendations to grant the petition for writ of habeas corpus, for the same reasons the Court found Petitioner was entitled

1

to a preliminary injunction. Doc. 18 at 2. The findings and recommendations were served upon all parties and contained notice that any objections were to be filed within 21 days. *Id.* No objections were filed.

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued on February 12, 2026 (Doc. 18), are ADOPTED in full.

2. The petition for writ of habeas corpus is GRANTED.

3. Respondents are ENJOINED and RESTRAINED from re-detaining Petitioner Arely Alejandra Fernandez Lopez unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that she is a flight risk or danger to the community such that her physical custody is legally justified.[1]

4. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   May 1, 2026   

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address the circumstances in which respondents may detain Petitioner in the event she becomes subject to an executable final order of removal.

2